IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| ALLISON H. LOWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:11-cv-00082-JAW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

Pursuant to the power of this Court to award fees to a prevailing party other than the

United States incurred by that party in a civil action against the United States, including

proceedings for judicial review of agency action, under the Equal Access to Justice Act, 28

U.S.C. § 2412(d)(1)(A), and in light of this Court's August 11, 2011, Judgment and Order

remanding this case to the defendant Commissioner for further administrative proceedings,

IT IS HEREBY ORDERED that the United States Social Security Administration shall

pay attorney's fees in the amount of Two Thousand, Three Hundred, and Ninety-Seven dollars

($2,397.00) in full satisfaction of any and all attorney's fee claims Plaintiff may have in this case

under the Equal Access to Justice Act.

Pursuant to the United States Supreme Court's ruling in Commissioner of Social Security

v. Ratliff, 130 S.Ct. 1251 (2010), these attorney fees are payable to Plaintiff as the prevailing

party, and are subject to offset through the Treasury Department's Offset Program to satisfy any

pre-existing debt Plaintiff may owe to the government.  If, subsequent to the entry of this Order,

the Commissioner determines that Plaintiff owes no debt to the government that would subject

this award of attorney's fees to offset, the Commissioner may honor the Plaintiff's March 7,

2011 signed assignment of EAJA fees providing for payment of the subject fees to Plaintiff's

counsel, rather than to Plaintiff.  If, however, Plaintiff is discovered to owe the government any

debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset

to Plaintiff rather than to counsel.


SO ORDERED this 12th day of October, 2011.


/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF U.S. DISTRICT JUDGE